In the Matter of the Application of IDA C. BUTTERWORTH for Payment of Award Made for Parcel No. 16 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment in Proceedings to Acquire Title to Ryer Avenue from Burnside Avenue to 187th Street, Borough of Bronx, New York City. MARIA HENRY and Others. WILLIAM LEVIN, as Guardian ad Litem for CECELIA DARMS, and Others. IDA C. BUTTERWORTH and THE CITY OF NEW YORK.— Motion to vacate order to show cause dated May 19, 1941, and for other relief denied. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

## SECOND DEPARTMENT, MAY, 1941.
### (May 5, 1941.)

DAVID H. CLARK, Respondent, v. ELIZABETH T. DODGE, as Executrix, etc., of JOHN L. DODGE, Deceased, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

ERDINE COBB, Respondent, v. THE GRAMATAN NATIONAL BANK & TRUST COMPANY OF BRONXVILLE, as Trustee under a Certain Deed of Trust Executed by MARY S. YOUNG on February 21, 1931, Appellant, and Others, Defendants.— Motion for reargument and for other relief denied, with ten dollars costs. Motion for a new trial denied, without costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

PASQUALE FAVOLE, Appellant, v. DOMENICO GALLO and Another, Respondents.— Motion for resettlement of order so as to provide for the time and place for the examination of a specified witness granted, the examination to proceed at a time and place to be fixed in the order to be entered hereon. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ. Settle order on notice.

ALEX. FISHER, Plaintiff, v. TUCKER COOPER and Others, Defendants; NATHAN BAUM, Appellant. EDMUND BARTELS, JR., Receiver, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.